FILED
JUL - 1 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> *Bridget Bradford* ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | 87-925M 12 <br><br> ORDER OF DETENTION AFTER HEARING <br> (18 U.S.C. § 3142(i)) |

ENTERED ON COURTRAN
JUL -6 1987

I.

A.  (✓) On motion of the Government involving an alleged

    1.  ( ) crime of violence;

    2.  ( ) offense with maximum sentence of life imprisonment or death;

    3.  (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4.  ( ) felony - defendant convicted of two or more prior offenses described above.

///
///
///

CR94 (5/86)

-1-

B. On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

    1. ( ) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A. (✓) appearance of defendant as required;

    and/or

B. (✓) safety of any person or the community;

## III.

The Court has considered:

A. (✓) the nature and circumstances of the offense;

B. (✓) the weight of evidence against the defendant;

C. (✓) the history and characteristics of the defendant;

D. (✓) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because: _____

_____

_____

CR-94

```
 1
 2
 3      B.  ( ) History and characteristics indicate a serious
 4          risk that defendant will flee because: _____
 5          _____
 6          _____
 7          _____
 8          _____
 9      C.  ( ) A serious risk exists that defendant will:
10          1. ( ) obstruct or attempt to obstruct justice;
11          2. ( ) threaten, injure or intimidate a
12                 witness/juror;
13          3. ( ) attempt to threaten, injure or intimi-
14                 date a witness/juror;
15          Because: _____
16          _____
17          _____
18          _____
19      D.  (/) Defendant has not rebutted by sufficient evidence
20          to the contrary the presumption provided in
21          18 U.S.C. § 3142(e).
22      IT IS ORDERED defendant be detained prior to trial.
23      IT IS FURTHER ORDERED that defendant be confined as far as
24  practicable in a corrections facility separate from persons
25  awaiting or serving sentences or persons held pending appeal.
26  ///
27  ///
28  ///
```

CR-94                                       -3-

1  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7-1-87

_____
U. S. MAGISTRATE/DISTRICT JUDGE

CR-94                    -4-