FILED

JUL - 1 1987

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
                          )
              Plaintiff,)        87 - 92 SM 12
                          )
         v.               )      ORDER OF DETENTION AFTER HEARING
                          )          (18 U.S.C. § 3142(i))
*Budget Bradford*         )
                          )
                          )
              Defendant.)
_____)

I.

A.  ( ✓ ) On motion of the Government involving an alleged

    1.  (   )  crime of violence;

    2.  (   )  offense with maximum sentence of life

                imprisonment or death;

    3.  ( ✓ )  narcotics or controlled substance offense

                with maximum sentence of ten or more years

                (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4.  (   )  felony - defendant convicted of two or more

                prior offenses described above.

///
///
///

CR94 (5/86)                    -1-

B.   On motion ( ) (by the Government)/(  ) (by the Court sua sponte involving)

    1.   ( ) serious risk defendant will flee;

    2.   ( ) serious risk defendant will

       a.   ( ) obstruct or attempt to obstruct justice;

       b.   ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A.   (✓) appearance of defendant as required;

          and/or

B.   (✓) safety of any person or the community;

## III.

The Court has considered:

A.   (✓) the nature and circumstances of the offense;

B.   (✓) the weight of evidence against the defendant;

C.   (✓) the history and characteristics of the defendant;

D.   (✓) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A.   ( ) Defendant poses a risk to the safety of other persons or the community because: _____

_____

_____

CR-94                              -2-

B.  ( ) History and characteristics indicate a serious
        risk that defendant will flee because: _____

        _____
        _____
        _____
        _____

C.  ( ) A serious risk exists that defendant will:

    1.  ( ) obstruct or attempt to obstruct justice;

    2.  ( ) threaten, injure or intimidate a
            witness/juror;

    3.  ( ) attempt to threaten, injure or intimi-
            date a witness/juror;

    Because: _____

    _____
    _____
    _____

D.  ( ) Defendant has not rebutted by sufficient evidence
        to the contrary the presumption provided in
        18 U.S.C. § 3142(e).

    IT IS ORDERED defendant be detained prior to trial.

    IT IS FURTHER ORDERED that defendant be confined as far as
practicable in a corrections facility separate from persons
awaiting or serving sentences or persons held pending appeal.

///
///
///

CR-94                          -3-

1    IT IS FURTHER ORDERED that defendant be afforded reason-

2  able opportunity for private consultation with his counsel.

3

4  DATED: 7-1-87

5

6

7  _____
   U. S. MAGISTRATE/DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR-94                        -4-